UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARQUIS WOODS,<br>Petitioner,<br>v.<br><br>ERIC RARDIN,<br>Respondent. | CASE NO.: 2:25-cv-12832 |

**DECLARATION OF A. FLECK**

In accordance with 28 U.S.C. § 1746, I, A. Fleck, make the following declaration, under penalty of perjury.

1. I have been employed by the Federal Bureau of Prisons (BOP) of the United States Department of Justice since 2019. I am currently employed as a Case Manager at the Federal Correctional Institution in Milan, Michigan (FCI Milan).

2. My responsibilities include ensuring that BOP unit management policies, including policies concerning the First Step Act, are properly implemented at FCI Milan. All records attached to this declaration are true and correct copies of records kept in the regular course of business of the BOP. I am one of the custodians of those records. The following statements are based on my review of those records, my own personal knowledge, and other information I have acquired through the performance of my official duties.

3. On January 7, 2025, The United States District Court for the District of Minnesota sentenced Petitioner Marquis Woods, #18303-041, to a 46-month term of imprisonment followed by 2 years of supervised release for violations of 18 U.S.C. §922(g)(1) and §924(a)(8), Felon in Possession of a Firearm.[1]

4. I have reviewed the complaint filed by Petitioner, in which he alleges his First Step Act Earned Time Credits (FTCs) have been miscalculated because he was not given FTCs for the period of time between his self-surrender and arrival at his designated facility.

<u>FSA FEDERAL TIME CREDITS</u>

5. The First Step Act, P.L. 115-391, enacted into law on December 21, 2018, addresses reentry of the incarcerated by directing the BOP to take specific actions regarding programming and programming incentives and compassionate release, among other issues. To encourage inmates to participate, Congress also created a system of time credits and other incentives. *18 U.S.C. § 3632(d)(1)-(4), BOP Program Statement 54010.01, and 28 C.F.R. §§ 523.40-44.* Eligible inmates (i.e. those without precluding convictions[2]), may earn FTCs.

6. In accordance with 18 U.S.C. § 3632, a prisoner, except for an ineligible prisoner under 18 U.S.C. § 3632(d)(4)(D), who successfully completes evidence-based recidivism reduction (EBRR) programming or productive activities (PA), shall earn time credits as follows:

   i. A prisoner shall earn 10 days of time credits for every 30 days of successful participation in evidence-based recidivism reduction programming or productive activities.

1 See Attachment 1, Public Information Inmate Data.
2 18 U.S.C. § 3632(d)(4)(D) enumerates the convictions which render an inmate ineligible to earn FTCs.

i. A prisoner determined by the Bureau of Prisons to be at a minimum or low risk for recidivating, who, over 2 consecutive assessments, has not increased their risk of recidivism, shall earn an additional 5 days of time credits for every 30 days of successful participation in evidence-based recidivism reduction programming or productive activities.[3]

7. For consistency purposes and to eliminate discrepancies based on the exact timing of an inmate's First Step Act Assessment within the first 28 days, BOP allows inmates to begin earning credits immediately upon arrival to their designated institution, provided they are otherwise "successfully participating" as outlined in 28 C.F.R. § 523.41(c). Inmates are reassessed for both risk and needs at regularly scheduled Program Reviews throughout the remainder of their incarceration, and Unit Team recommendations for appropriate EBBR Programs and PAs change accordingly.

8. The credits available under the FSA are an incentive for completing activities that the BOP determines through the individualized risk and needs assessment will address an individual inmate's criminogenic needs and therefore reduce his risk of recidivism upon release. Therefore, the FTCs available under the statute cannot be earned until the inmate receives his risk assessment and thereafter completes activities that the BOP determines will address that inmate's needs.[4]

9. Here, Petitioner could not have received an assessment to be assigned applicable program needs until after he was sentenced, and then arrived at his designated institution, FCI

3 18 U.S.C. § 3632 (4)(A). See also Program Statement 5410.01, First Step Act of 2018 – Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4) at p. 6, accessible at *https://www.bop.gov/PublicInfo/execute/policysearch?todo=query*.

4 18 U.S.C. § 3632(a); 18 U.S.C § 3632(d); and 24 C.F.R. § 523.42.

Milan, on July 15, 2025.[5,6] The commencement of an inmate's sentence may be the absolute floor for earning credits, however, it is not the only prerequisite. Petitioner could not have earned credits before July 15, 2025 as he had not yet arrived to a designated institution to receive the necessary assessment from his Unit Team, nor been assigned to programs he could complete in order to earn credits under the FSA. Thus, Petitioner is incorrect in asserting that he was entitled to credits from the time of his self-surrender through his arrival at his designated institution, FCI Milan.

10. Petitioner's current FSA eligibility status is "Eligible."[7] Petitioner's FSA Time Credit Assessment (FTC Assessment) reflects that as of September 7, 2025, he has accrued 6 programming days and has been disallowed 125 programming days for not completing his determined needs assessments.[8]

11. However, *earning* FTCs is not synonymous with *applying* FTCs. Only upon meeting the requirements of 18 U.S.C. § 3624(g)(1) and 28 C.F.R. § 523.44(b)-(d), will an inmate's earned FTCs be applied toward his sentence computation. The earning of FTCs is authorized by 18 U.S.C. § 3632(d)(4) and Section 101 of the FSA of 2018 (Pub. L. 115-391). Eligible inmates with all recidivism risk scores may earn FTC, but only those inmates with "low" and "minimum" risk scores are able to have the FTCs applied to

5 See Attachment 2, Inmate Admission-Release History; and Attachment 3, FSA Time Credit Assessment dated November 23, 2025.
6 See Attachment 4, Petitioner's cell assignments of "D02" on the Inmate Quarters History indicate he was housed at the Federal Detention Center Milan (FDC Milan). "E02" is a general population housing unit at FCI Milan, where he was designated and transferred to on July 15, 2025.
7 See Attachment 5, Inmate First Step History
8 See Attachment 6, FSA Needs Reassessment.

prerelease custody or early transfer to supervised release. See 28 C.F.R. § 523.42 (outlining the earning of First Step Act Time Credits); see also 28 C.F.R. § 523.44(c)(1), (d)(1) (limiting application of FTC to eligible inmates who have a minimum or low recidivism risk). Petitioner's current PATTERN score is Medium, which precludes him from applying any earned FTCs.[9]

12. Petitioner's projected release date is March 11, 2028, via Good Conduct Time release (GCT REL).[10]

EXHAUSTION

13. The Administrative Remedy Program is described at 28 C.F.R. § 542.10, et seq., Administrative Remedy Procedures for Inmates.[11] Ordinarily, once an inmate has attempted to informally resolve an issue, the administrative remedy process commences by filing a Request for Administrative Remedy (BP-9) with the Warden of the facility where the inmate is confined. If the inmate is not satisfied with the BP-9 response, the inmate may appeal by filing a Regional Administrative Remedy Appeal (BP-10) with the Regional Office within 20 days of when the warden signed the response. If dissatisfied with the Regional response, the inmate may appeal to the BOP's Office of General Counsel via a Central Office Administrative Remedy Appeal (BP-11) within 30 days of the Regional Director's signed response. Appeal to BOP's Office of General Counsel is the final step

9 See Attachment 7, FSA Recidivism Risk Assessment (PATTERN); and Attachment 3.
10 See Attachments 1 & 3.
11 BOP Program Statements are available for inmate access via the institution law library. Additionally, administrative remedy filing procedures are outlined and explained to inmates during Admission and Orientation.

in the BOP's administrative remedy process. The response from the General Counsel's Office is considered the final agency decision. To properly exhaust all administrative remedies, an inmate must timely and properly present a claim to each level, have that remedy request accepted, and receive an actual response to that request.

14. BOP policy provides that the inmate is to obtain the appropriate form from institution staff (ordinarily, the correctional counselor). It further notes, the "Request for Administrative Remedy, Form BP-9 (BP-229), is appropriate for filing at the institution."[12] If the inmate submits a request for remedy, but does not receive a response within the time allotted for reply, including extension, the inmate may consider the absence of a response to be a denial at that level.[13]

15. Remedy requests are assigned a unique numeric designation, followed by a suffix indicating the level of the request, as follows: "-F" indicates a request to the Warden, "-R" indicates an appeal to the Regional Director, and "-A" indicates an appeal to the General Counsel's Office.

16. The federal regulation on the Administrative Remedy Program states that all submissions received by the Administrative Remedy Clerk, whether accepted or rejected, shall be entered into SENTRY in accordance with the SENTRY Administrative Remedy Technical Reference Manual.[14]

---

12 28 C.F.R. § 542.14
13 28 C.F.R. § 542.18
14 Program Statement 1330.18 (13)(a), Remedy Processing, Receipt

17. I have reviewed Petitioner's administrative remedy request record. Despite Petitioner's baseless claim that exhaustion is futile because the "BOP routinely denies ETC through blanket denial," it remains that an inmate must appeal through all three levels of the Administrative Remedy Process to exhaust administrative remedies.[15] And although his petition claims "Petitioner engaged in institutional appeals and received (sic) no relief, making judicial exhaustion futile", Petitioner in actuality has not filed a single remedy regarding FTCs.[16]

I declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 4 day of December 2025.

A. Fleck, Case Manager
Federal Bureau of Prisons
FCI Milan

15 28 C.F.R. § 542.15(a) ("Appeal to the General Counsel is the final administrative appeal.")
16 See Attachment 8, Administrative Remedy Retrieval

AS OF 12-05-2025

REGNO..: 18303-041 NAME: WOODS, MARQUIS DESHAWN

RESP OF: MIL
PHONE..: 734-439-1511 FAX: 734-439-5534
RACE/SEX...: BLACK / MALE
AGE: 33
PROJ REL MT: GOOD CONDUCT TIME RELEASE PAR ELIG DT: N/A
PROJ REL DT: 03-11-2028 PAR HEAR DT:

REGNO..: 18303-041 NAME: WOODS, MARQUIS DESHAWN

RESP OF: MIL
PHONE..: 734-439-1511 FAX: 734-439-5534
FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 10-24-2027

THE INMATE IS PROJECTED FOR RELEASE: 03-11-2028 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 030 ------------------------

COURT OF JURISDICTION...........: MINNESOTA
DOCKET NUMBER...................: 0:23-CR-00294-ADM-JF
JUDGE...........................: MONTGOMERY
DATE SENTENCED/PROBATION IMPOSED: 01-07-2025
DATE COMMITTED..................: 07-15-2025
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $100.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 136 18:922(G) FIREARMS,GUN CNTL

OFF/CHG: 18:922(G)(1) AND 924(A)(8) FELON IN POSSESSION OF A FIREARM
(CT.1).

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 46 MONTHS
TERM OF SUPERVISION............: 2 YEARS
DATE OF OFFENSE................: 07-03-2023

REGNO..: 18303-041 NAME: WOODS, MARQUIS DESHAWN

RESP OF: MIL
PHONE..: 734-439-1511 FAX: 734-439-5534

-------------------------CURRENT COMPUTATION NO: 030 --------------------------

COMPUTATION 030 WAS LAST UPDATED ON 08-08-2025 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-08-2025 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010

DATE COMPUTATION BEGAN..........: 01-17-2025
TOTAL TERM IN EFFECT............: 46 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 3 YEARS 10 MONTHS
EARLIEST DATE OF OFFENSE........: 07-03-2023

| JAIL CREDIT.....................: | FROM DATE | THRU DATE |
|---|---|---|
| | 07-03-2023 | 07-05-2023 |
| | 08-29-2023 | 10-07-2023 |

TOTAL PRIOR CREDIT TIME.........: 43
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 207
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 03-11-2028
ELDERLY OFFENDER TWO THIRDS DATE: 06-26-2027
EXPIRATION FULL TERM DATE.......: 10-04-2028
TIME SERVED.....................: 1 YEARS 1 DAYS
PERCENTAGE OF FULL TERM SERVED..: 26.1
PERCENT OF STATUTORY TERM SERVED: 30.6

PROJECTED SATISFACTION DATE.....: 03-11-2028
PROJECTED SATISFACTION METHOD...: GCT REL

G0000 TRANSACTION SUCCESSFULLY COMPLETED

REG NO..: 18303-041 NAME....: WOODS, MARQUIS DESHAWN
CATEGORY: ARS FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MIL | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-15-2025 0656 | CURRENT |
| MIL | ADM CHANGE | RELEASE FOR ADMISSION CHANGE | 07-15-2025 0657 | 07-15-2025 0658 |
| MIL | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 04-03-2025 1251 | 07-15-2025 0657 |
| 9-L | RELEASE | RELEASED FROM IN-TRANSIT FACL | 04-03-2025 1251 | 04-03-2025 1251 |
| 9-L | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 03-12-2025 0934 | 04-03-2025 1251 |
| DSC | ADMIN REL | ADMINISTRATIVE RELEASE | 03-12-2025 0834 | 03-12-2025 0834 |
| DSC | A-ADMIN | ADMINISTRATIVE ADMISSION | 03-12-2025 0833 | 03-12-2025 0834 |
| I-T | RELEASE | RELEASED FROM IN-TRANSIT FACL | 03-12-2025 0933 | 03-12-2025 0933 |
| I-T | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 03-07-2025 0530 | 03-12-2025 0933 |
| A02 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 03-07-2025 0530 | 03-07-2025 0530 |
| A02 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 03-06-2025 0910 | 03-07-2025 0530 |
| CCC | HLD REMOVE | HOLDOVER REMOVED | 03-06-2025 0810 | 03-06-2025 0810 |
| CCC | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 01-17-2025 2345 | 03-06-2025 0810 |
| CCC | BAIL/BOND | BAIL/BOND | 09-01-2023 1805 | 01-17-2025 2345 |
| CCC | A-PRE | PRE-SENT ADMIT, ADULT | 08-29-2023 1753 | 09-01-2023 1805 |
| CCH | GCT REL | GOOD CONDUCT TIME RELEASE | 04-27-2023 0830 | 08-29-2023 1753 |
| CCH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-31-2023 1642 | 04-27-2023 0830 |
| 5-U | RELEASE | RELEASED FROM IN-TRANSIT FACL | 01-31-2023 1742 | 01-31-2023 1742 |
| 5-U | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 01-30-2023 2246 | 01-31-2023 1742 |
| MAN | FURL TRANS | FURL W/UNESCORTED TRF TO A CCC | 01-30-2023 2246 | 01-30-2023 2246 |
| MAN | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-25-2022 0920 | 01-30-2023 2246 |
| B02 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-25-2022 0920 | 07-25-2022 0920 |
| B02 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-25-2022 0401 | 07-25-2022 0920 |
| ATL | HLD REMOVE | HOLDOVER REMOVED | 07-25-2022 0401 | 07-25-2022 0401 |
| ATL | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 07-06-2022 1636 | 07-25-2022 0401 |
| 9-L | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-06-2022 1636 | 07-06-2022 1636 |
| 9-L | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 06-02-2022 0833 | 07-06-2022 1636 |
| DSC | ADMIN REL | ADMINISTRATIVE RELEASE | 06-02-2022 0733 | 06-02-2022 0733 |
| DSC | A-ADMIN | ADMINISTRATIVE ADMISSION | 06-02-2022 0705 | 06-02-2022 0733 |
| CCH | GCT REL | GOOD CONDUCT TIME RELEASE | 11-03-2020 0933 | 06-02-2022 0705 |
| CCH | A-HC SENT | HOME CONFINEMENT-SENTENCED | 06-22-2020 1150 | 11-03-2020 0933 |
| 5-M | RELEASE | RELEASED FROM IN-TRANSIT FACL | 06-22-2020 1250 | 06-22-2020 1250 |
| 5-M | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 06-22-2020 1248 | 06-22-2020 1250 |
| CCH | TRANSFER | TRANSFER | 06-22-2020 1148 | 06-22-2020 1148 |
| CCH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-12-2020 2240 | 06-22-2020 1148 |
| 5-U | RELEASE | RELEASED FROM IN-TRANSIT FACL | 05-12-2020 2340 | 05-12-2020 2340 |
| 5-U | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 05-12-2020 0815 | 05-12-2020 2340 |
| MAN | FURL TRANS | FURL W/UNESCORTED TRF TO A CCC | 05-12-2020 0815 | 05-12-2020 0815 |
| MAN | A-DES | DESIGNATED, AT ASSIGNED FACIL | 08-13-2019 1350 | 05-12-2020 0815 |
| 9-S | RELEASE | RELEASED FROM IN-TRANSIT FACL | 08-13-2019 1350 | 08-13-2019 1350 |
| 9-S | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 08-13-2019 0700 | 08-13-2019 1350 |

REG NO..: 18303-041 NAME....: WOODS, MARQUIS DESHAWN
CATEGORY: ARS FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MCD | HLD REMOVE | HOLDOVER REMOVED | 08-13-2019 0700 | 08-13-2019 0700 |
| MCD | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 07-09-2019 1345 | 08-13-2019 0700 |
| 5-U | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-09-2019 1345 | 07-09-2019 1345 |
| 5-U | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-09-2019 0706 | 07-09-2019 1345 |
| MAN | TEMP REM | TEMPORARY REMOVAL | 07-09-2019 0706 | 08-13-2019 1350 |
| MAN | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-08-2019 0944 | 07-09-2019 0706 |
| 8-D | RELEASE | RELEASED FROM IN-TRANSIT FACL | 03-08-2019 0944 | 03-08-2019 0944 |
| 8-D | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 03-08-2019 0728 | 03-08-2019 0944 |
| MCR | TRANSFER | TRANSFER | 03-08-2019 0728 | 03-08-2019 0728 |
| MCR | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-29-2016 1507 | 03-08-2019 0728 |
| A01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 06-29-2016 1507 | 06-29-2016 1507 |
| A01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 06-29-2016 0830 | 06-29-2016 1507 |
| OKL | HLD REMOVE | HOLDOVER REMOVED | 06-29-2016 0730 | 06-29-2016 0730 |
| OKL | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 06-20-2016 1500 | 06-29-2016 0730 |
| 9-L | RELEASE | RELEASED FROM IN-TRANSIT FACL | 06-20-2016 1600 | 06-20-2016 1600 |
| 9-L | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 06-03-2016 1633 | 06-20-2016 1600 |
| DSC | ADMIN REL | ADMINISTRATIVE RELEASE | 06-03-2016 1533 | 06-03-2016 1533 |
| DSC | A-ADMIN | ADMINISTRATIVE ADMISSION | 06-03-2016 1524 | 06-03-2016 1533 |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

# FSA Time Credit Assessment

**Register Number:18303-041, Last Name:WOODS**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 18303-041 | Responsible Facility: MIL |
| Inmate Name | Assessment Date.....: 11-23-2025 |
| Last............: WOODS | Period Start/Stop...: 07-15-2025 to 11-23-2025 |
| First...........: MARQUIS | Accrued Pgm Days....: 6 |
| Middle..........: DESHAWN | Disallowed Pgm Days.: 125 |
| Suffix..........: | FTC Towards RRC/HC..: 0 |
| Gender............: MALE | FTC Towards Release.: 0 |
| Start Incarceration: 01-17-2025 | Apply FTC to Release: No |

**--- FTC Claim Status ---**

| **Start** | **Stop** | **Pgm Status** | **Pgm Days** |
|---|---|---|---|
| 07-15-2025 | 11-23-2025 | accrue | 6 |
| | | disallow | 125 |

**Cannot apply FTC(s) towards early release.**

**Cannot apply FTC(s) towards RRC/HC.**

**FSA risk in upper half.**

| **Facility** | **Category** | **Assignment** | **Start** | **Stop** |
|---|---|---|---|---|
| MIL | FSA | R-MED | 11-17-2025 10:14 | CURRENT |

**--- Program Day Intervals ---**

| **Start** | **Stop** | **Pgm Status** | **Pgm Days** |
|---|---|---|---|
| 07-15-2025 | 11-17-2025 | disallow | 125 |

**Missing needs assessment(s).**

Anger/Hostility
Antisocial Peers
Cognitions
Family/Parenting

---

| **Start** | **Stop** | **Pgm Status** | **Pgm Days** |
|---|---|---|---|
| 11-17-2025 | 11-23-2025 | accrue | 6 |

Accrued Pgm Days...: 6
Carry Over Pgm Days: 0
Time Credit Factor.: 10
Time Credits.......: 0

**--- FSA Assessment(s) ---**

| **#** | **Start** | **Stop** | **Assignment** | **Asn Start** | **Factor** |
|---|---|---|---|---|---|
| 001 | 07-15-2025 | 08-12-2025 | R-MED | 07-17-2025 01:16 | 10 |
| 002 | 08-12-2025 | 02-08-2026 | R-MED | 07-17-2025 01:16 | 10 |

# FSA Time Credit Assessment

**Register Number:18303-041, Last Name:WOODS**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------**

**All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of 11-23-2025. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.**

**SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.**

**---**

Projected Release Date: 03-11-2028
Projected Release Method: GCT REL
FSA Projected Release Date: N/A
FSA Projected Release Method: N/A
FSA Conditional Release Date: N/A
SCA Recommended Placement Days (Following 5 Factor Review): 0
SCA Recommended Placement Date: N/A
SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): 139
FSA Conditional Placement Days: N/A
FSA Conditional Placement Date: N/A
Conditional Transition To Community Date: N/A
Max. Statutory HC Placement Date (if approp.): 10-24-2027
Recommended HC Placement Date (if approp.): N/A

MILBU 531.01 * INMATE HISTORY * 12-03-2025
PAGE 001 OF 001 * QUARTERS * 12:16:12

REG NO..: 18303-041 NAME....: WOODS, MARQUIS DESHAWN
CATEGORY: QTR FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MIL | B03-018U | HOUSE B/RANGE 03/BED 018U | 10-22-2025 1212 | CURRENT |
| MIL | B07-020U | HOUSE B/RANGE 07/BED 020U | 08-13-2025 0938 | 10-22-2025 1212 |
| MIL | E02-221U | HOUSE E/RANGE 02/BED 221U | 07-15-2025 1059 | 08-13-2025 0938 |
| MIL | R02-001L | HOUSE R/RANGE 02/BED 001L | 07-15-2025 0656 | 07-15-2025 1059 |
| MIL | D02-221L | HOUSE D/RANGE 02/BED 221L | 04-03-2025 1620 | 07-15-2025 0657 |
| MIL | R02-001L | HOUSE R/RANGE 02/BED 001L | 04-03-2025 1251 | 04-03-2025 1620 |
| CCC | H03-001U | HOUSE H/RANGE 03/BED 001U | 01-17-2025 2353 | 03-06-2025 0810 |
| CCC | R01-001L | HOUSE R/RANGE 01/BED 001L | 01-17-2025 2345 | 01-17-2025 2353 |
| CCC | E02-013L | HOUSE E/RANGE 02/BED 013L | 08-29-2023 1949 | 09-01-2023 1805 |
| CCC | R01-001L | HOUSE R/RANGE 01/BED 001L | 08-29-2023 1753 | 08-29-2023 1949 |
| MAN | W02-228U | HOUSE W/RANGE 02/BED 228U | 10-12-2022 1017 | 01-30-2023 2246 |
| MAN | W02-229U | HOUSE W/RANGE 02/BED 229U | 08-01-2022 1152 | 10-12-2022 1017 |
| MAN | W02-221U | HOUSE W/RANGE 02/BED 221U | 08-01-2022 1047 | 08-01-2022 1152 |
| MAN | Z02-113LAD | HOUSE Z/RANGE 02/BED 113L AD | 07-25-2022 1451 | 08-01-2022 1047 |
| MAN | R01-001L | HOUSE R/RANGE 01/BED 001L | 07-25-2022 0920 | 07-25-2022 1451 |
| ATL | J04-465L | HOUSE J/RANGE 04/BED 465L | 07-06-2022 1822 | 07-25-2022 0401 |
| ATL | R01-001L | HOUSE R/RANGE 01/BED 001L | 07-06-2022 1636 | 07-06-2022 1822 |
| MAN | W01-101L | HOUSE W/RANGE 01/BED 101L | 04-28-2020 1222 | 05-12-2020 0815 |
| MAN | L03-115U | HOUSE L/RANGE 03/BED 115U | 12-23-2019 1402 | 04-28-2020 1222 |
| MAN | L04-228U | HOUSE L/RANGE 04/BED 228U | 12-17-2019 0903 | 12-23-2019 1402 |
| MAN | L04-215U | HOUSE L/RANGE 04/BED 215U | 08-13-2019 1735 | 12-17-2019 0903 |
| MAN | R01-001L | HOUSE R/RANGE 01/BED 001L | 08-13-2019 1350 | 08-13-2019 1735 |
| MCD | C06-207U | HOUSE C/RANGE 06/BED 207U | 07-09-2019 1526 | 08-13-2019 0700 |
| MCD | C06-204U | HOUSE C/RANGE 06/BED 204U | 07-09-2019 1431 | 07-09-2019 1526 |
| MCD | R01-001L | HOUSE R/RANGE 01/BED 001L | 07-09-2019 1345 | 07-09-2019 1431 |
| MAN | R01-001L | HOUSE R/RANGE 01/BED 001L | 07-09-2019 0435 | 07-09-2019 0706 |
| MAN | L04-215U | HOUSE L/RANGE 04/BED 215U | 03-08-2019 1237 | 07-09-2019 0435 |
| MAN | R01-001L | HOUSE R/RANGE 01/BED 001L | 03-08-2019 0944 | 03-08-2019 1237 |
| MCR | F04-228U | HOUSE F/RANGE 04/BED 228U | 05-17-2018 0713 | 03-08-2019 0728 |
| MCR | F04-224U | HOUSE F/RANGE 04/BED 224U | 11-16-2017 0715 | 05-17-2018 0713 |
| MCR | F04-220U | HOUSE F/RANGE 04/BED 220U | 05-02-2017 0721 | 11-16-2017 0715 |
| MCR | F04-216U | HOUSE F/RANGE 04/BED 216U | 11-15-2016 0731 | 05-02-2017 0721 |
| MCR | F04-212U | HOUSE F/RANGE 04/BED 212U | 06-29-2016 1906 | 11-15-2016 0731 |
| MCR | R01-001L | HOUSE R/RANGE 01/BED 001L | 06-29-2016 1507 | 06-29-2016 1906 |
| OKL | C01-320L | HOUSE C/RANGE 01/BED 320L | 06-20-2016 1844 | 06-29-2016 0730 |
| OKL | C01-901L | HOUSE C/RANGE 01/BED 901L | 06-20-2016 1500 | 06-20-2016 1844 |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

REG NO..: 18303-041 NAME....: WOODS, MARQUIS DESHAWN
CATEGORY: FSA FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MIL | AWARD | EBRR INCENTIVE AWARD | 07-17-2025 0248 | CURRENT |
| MIL | FTC ELIG | FTC-ELIGIBLE - REVIEWED | 07-16-2025 2346 | CURRENT |
| MIL | N-ANGER N | NEED - ANGER/HOSTILITY NO | 11-17-2025 1014 | CURRENT |
| MIL | N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 11-17-2025 1014 | CURRENT |
| MIL | N-COGNTV Y | NEED - COGNITIONS YES | 11-17-2025 1014 | CURRENT |
| MIL | N-DYSLEX N | NEED - DYSLEXIA NO | 07-29-2025 0625 | CURRENT |
| MIL | N-EDUC N | NEED - EDUCATION NO | 11-17-2025 1014 | CURRENT |
| MIL | N-FIN PV N | NEED - FINANCE/POVERTY NO | 11-17-2025 1014 | CURRENT |
| MIL | N-FM/PAR N | NEED - FAMILY/PARENTING NO | 11-17-2025 1014 | CURRENT |
| MIL | N-M HLTH N | NEED - MENTAL HEALTH NO | 11-17-2025 1014 | CURRENT |
| MIL | N-MEDICL N | NEED - MEDICAL NO | 11-17-2025 1014 | CURRENT |
| MIL | N-RLF N | NEED - REC/LEISURE/FITNESS NO | 11-17-2025 1014 | CURRENT |
| MIL | N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 11-17-2025 1014 | CURRENT |
| MIL | N-TRAUMA Y | NEED - TRAUMA YES | 11-17-2025 1014 | CURRENT |
| MIL | N-WORK Y | NEED - WORK YES | 11-17-2025 1014 | CURRENT |
| MIL | R-MED | MEDIUM RISK RECIDIVISM LEVEL | 11-17-2025 1014 | CURRENT |
| MIL | R-MED | MEDIUM RISK RECIDIVISM LEVEL | 07-17-2025 0116 | 11-17-2025 1014 |
| MIL | N-WORK Y | NEED - WORK YES | 07-15-2025 0805 | 11-17-2025 1014 |
| MIL | N-TRAUMA Y | NEED - TRAUMA YES | 08-08-2022 1220 | 11-17-2025 1014 |
| MIL | N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 07-16-2025 2352 | 11-17-2025 1014 |
| MIL | N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 07-30-2025 0605 | 11-17-2025 1014 |
| MIL | N-M HLTH N | NEED - MENTAL HEALTH NO | 02-01-2025 0000 | 11-17-2025 1014 |
| MIL | N-MEDICL Y | NEED - MEDICAL YES | 07-30-2025 0605 | 11-17-2025 1014 |
| MIL | N-FIN PV Y | NEED - FINANCE/POVERTY YES | 07-16-2025 2348 | 11-17-2025 1014 |
| MIL | N-FM/PAR N | NEED - FAMILY/PARENTING NO | 11-25-2022 0625 | 11-17-2025 1014 |
| MIL | N-EDUC N | NEED - EDUCATION NO | 07-14-2025 0900 | 11-17-2025 1014 |
| MIL | N-COGNTV Y | NEED - COGNITIONS YES | 11-15-2022 0625 | 11-17-2025 1014 |
| MIL | N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 11-15-2022 0625 | 11-17-2025 1014 |
| MIL | N-ANGER N | NEED - ANGER/HOSTILITY NO | 11-25-2022 0625 | 11-17-2025 1014 |
| MIL | UNREVW HIS | UNREVIEWED OFFENSES | 01-17-2025 2345 | 07-16-2025 2346 |
| CCC | UNREVW HIS | UNREVIEWED OFFENSES | 08-29-2023 1753 | 09-01-2023 1805 |
| CCH | R-HI | HIGH RISK RECIDIVISM LEVEL | 01-05-2023 1542 | 04-27-2023 0830 |
| CCH | N-WORK Y | NEED - WORK YES | 01-05-2023 1542 | 04-27-2023 0830 |
| CCH | N-TRAUMA Y | NEED - TRAUMA YES | 01-05-2023 1542 | 04-27-2023 0830 |
| CCH | N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 01-05-2023 1542 | 04-27-2023 0830 |
| CCH | N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 01-05-2023 1542 | 04-27-2023 0830 |
| CCH | N-MEDICL N | NEED - MEDICAL NO | 01-05-2023 1542 | 04-27-2023 0830 |
| CCH | N-M HLTH N | NEED - MENTAL HEALTH NO | 01-05-2023 1542 | 04-27-2023 0830 |
| CCH | N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 01-05-2023 1542 | 04-27-2023 0830 |
| CCH | N-FIN PV N | NEED - FINANCE/POVERTY NO | 01-05-2023 1542 | 04-27-2023 0830 |
| CCH | N-EDUC N | NEED - EDUCATION NO | 01-05-2023 1542 | 04-27-2023 0830 |

REG NO..: 18303-041 NAME....: WOODS, MARQUIS DESHAWN
CATEGORY: FSA FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| CCH | N-DYSLEX N | NEED - DYSLEXIA NO | 08-03-2022 1302 | 04-27-2023 0830 |
| CCH | N-COGNTV Y | NEED - COGNITIONS YES | 01-05-2023 1542 | 04-27-2023 0830 |
| CCH | N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 01-05-2023 1542 | 04-27-2023 0830 |
| CCH | N-ANGER Y | NEED - ANGER/HOSTILITY YES | 01-05-2023 1542 | 04-27-2023 0830 |
| CCH | FTC ELIG | FTC-ELIGIBLE - REVIEWED | 08-04-2022 1337 | 04-27-2023 0830 |
| MAN | R-HI | HIGH RISK RECIDIVISM LEVEL | 10-25-2022 1325 | 01-05-2023 1542 |
| MAN | N-WORK Y | NEED - WORK YES | 11-26-2022 1304 | 01-05-2023 1542 |
| MAN | N-TRAUMA Y | NEED - TRAUMA YES | 11-26-2022 1304 | 01-05-2023 1542 |
| MAN | N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 11-26-2022 1304 | 01-05-2023 1542 |
| MAN | N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 11-26-2022 1304 | 01-05-2023 1542 |
| MAN | N-M HLTH N | NEED - MENTAL HEALTH NO | 11-26-2022 1304 | 01-05-2023 1542 |
| MAN | N-MEDICL N | NEED - MEDICAL NO | 11-26-2022 1304 | 01-05-2023 1542 |
| MAN | N-FIN PV N | NEED - FINANCE/POVERTY NO | 11-26-2022 1304 | 01-05-2023 1542 |
| MAN | N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 11-26-2022 1304 | 01-05-2023 1542 |
| MAN | N-EDUC N | NEED - EDUCATION NO | 11-26-2022 1304 | 01-05-2023 1542 |
| MAN | N-COGNTV Y | NEED - COGNITIONS YES | 11-26-2022 1304 | 01-05-2023 1542 |
| MAN | N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 11-26-2022 1304 | 01-05-2023 1542 |
| MAN | N-ANGER Y | NEED - ANGER/HOSTILITY YES | 11-26-2022 1304 | 01-05-2023 1542 |
| MAN | N-WORK Y | NEED - WORK YES | 10-25-2022 1325 | 11-26-2022 1304 |
| MAN | N-TRAUMA Y | NEED - TRAUMA YES | 10-25-2022 1325 | 11-26-2022 1304 |
| MAN | N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 10-25-2022 1325 | 11-26-2022 1304 |
| MAN | N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 10-25-2022 1325 | 11-26-2022 1304 |
| MAN | N-M HLTH N | NEED - MENTAL HEALTH NO | 10-25-2022 1325 | 11-26-2022 1304 |
| MAN | N-MEDICL N | NEED - MEDICAL NO | 10-25-2022 1325 | 11-26-2022 1304 |
| MAN | N-FIN PV N | NEED - FINANCE/POVERTY NO | 10-25-2022 1325 | 11-26-2022 1304 |
| MAN | N-EDUC N | NEED - EDUCATION NO | 10-25-2022 1325 | 11-26-2022 1304 |
| MAN | N-COGNTV Y | NEED - COGNITIONS YES | 10-25-2022 1325 | 11-26-2022 1304 |
| MAN | N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 10-25-2022 1325 | 11-26-2022 1304 |
| MAN | N-ANGER Y | NEED - ANGER/HOSTILITY YES | 11-15-2022 0617 | 11-26-2022 1304 |
| MAN | N-FM/PAR N | NEED - FAMILY/PARENTING NO | 11-15-2022 0617 | 11-26-2022 1304 |
| MAN | N-FM/PAR R | NEED - FAMILY/PARENTING REFUSE | 10-25-2022 1325 | 11-15-2022 0617 |
| MAN | N-ANGER R | NEED - ANGER/HOSTILITY REFUSE | 10-25-2022 1325 | 11-15-2022 0617 |
| MAN | R-HI | HIGH RISK RECIDIVISM LEVEL | 08-04-2022 1208 | 10-25-2022 1325 |
| MAN | N-WORK Y | NEED - WORK YES | 08-16-2022 1114 | 10-25-2022 1325 |
| MAN | N-TRAUMA Y | NEED - TRAUMA YES | 12-15-2019 1656 | 10-25-2022 1325 |
| MAN | N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 07-27-2022 0842 | 10-25-2022 1325 |
| MAN | N-M HLTH N | NEED - MENTAL HEALTH NO | 07-16-2022 0000 | 10-25-2022 1325 |
| MAN | N-FIN PV N | NEED - FINANCE/POVERTY NO | 08-20-2022 1106 | 10-25-2022 1325 |
| MAN | N-FM/PAR R | NEED - FAMILY/PARENTING REFUSE | 07-16-2022 0000 | 10-25-2022 1325 |
| MAN | N-COGNTV Y | NEED - COGNITIONS YES | 12-15-2019 1656 | 10-25-2022 1325 |
| MAN | N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 12-15-2019 1656 | 10-25-2022 1325 |

REG NO..: 18303-041 NAME....: WOODS, MARQUIS DESHAWN
CATEGORY: FSA FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MAN | N-ANGER R | NEED - ANGER/HOSTILITY REFUSE | 07-16-2022 0000 | 10-25-2022 1325 |
| MAN | N-MEDICL Y | NEED - MEDICAL YES | 07-27-2022 0842 | 10-25-2022 1325 |
| MAN | UNREVW HIS | UNREVIEWED OFFENSES | 06-02-2022 0705 | 08-04-2022 1337 |
| CCH | R-HI | HIGH RISK RECIDIVISM LEVEL | 12-02-2019 1557 | 11-03-2020 0933 |
| CCH | FTC ELIG | FTC-ELIGIBLE - REVIEWED | 12-02-2019 1558 | 11-03-2020 0933 |
| MAN | UNREVW HIS | UNREVIEWED OFFENSES | 10-07-2019 0315 | 12-02-2019 1558 |
| MAN | UNASSG RSK | UNASSIGNED RISK LEVEL | 10-07-2019 0315 | 12-02-2019 1557 |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

# FSA Needs Reassessment

**Register Number:18303-041, Last Name:WOODS**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 18303-041 | Responsible Facility: MIL |
| Inmate Name | Assessment Date.....: 11/17/2025 |
| Last.........: WOODS | |
| First........: MARQUIS | |
| Middle.......: DESHAWN | |
| Suffix.......: | |
| Gender.........: MALE | |

**Needs Reassessment Worksheet Summary**

| Need Area | - Before/After | - Assignment | - Description |
|---|---|---|---|
| Anger/Hostility | Before | N-ANGER N | NEED - ANGER/HOSTILITY NO |
| | After | N-ANGER N | NEED - ANGER/HOSTILITY NO |
| Antisocial Peers | Before | N-ANTISO Y | NEED - ANTISOCIAL PEERS YES |
| | After | N-ANTISO Y | NEED - ANTISOCIAL PEERS YES |
| Cognitions | Before | N-COGNTV Y | NEED - COGNITIONS YES |
| | After | N-COGNTV Y | NEED - COGNITIONS YES |
| Education | Before | N-EDUC N | NEED - EDUCATION NO |
| | After | N-EDUC N | NEED - EDUCATION NO |
| Family/Parenting | Before | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
| | After | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
| Finance/Poverty | Before | N-FIN PV Y | NEED - FINANCE/POVERTY YES |
| | After | N-FIN PV N | NEED - FINANCE/POVERTY NO |
| Medical | Before | N-MEDICL Y | NEED - MEDICAL YES |
| | After | N-MEDICL N | NEED - MEDICAL NO |
| Mental Health | Before | N-M HLTH N | NEED - MENTAL HEALTH NO |
| | After | N-M HLTH N | NEED - MENTAL HEALTH NO |
| Recreation/Leisure/Fitness | Before | N-RLF Y | NEED - REC/LEISURE/FITNESS YES |
| | After | N-RLF N | NEED - REC/LEISURE/FITNESS NO |
| Substance Abuse | Before | N-SUB AB Y | NEED - SUBSTANCE ABUSE YES |
| | After | N-SUB AB Y | NEED - SUBSTANCE ABUSE YES |
| Trauma | Before | N-TRAUMA Y | NEED - TRAUMA YES |
| | After | N-TRAUMA Y | NEED - TRAUMA YES |
| Work | Before | N-WORK Y | NEED - WORK YES |
| | After | N-WORK Y | NEED - WORK YES |

# FSA Recidivism Risk Assessment (PATTERN 01.03.00)

**Register Number:18303-041, Last Name:WOODS**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

Register Number: 18303-041
Inmate Name
Last.........: WOODS
First........: MARQUIS
Middle.......: DESHAWN
Suffix.......:
Gender.........: MALE

Risk Level Inmate....: R-MED
General Level......: R-LW (39)
Violent Level......: R-MED (25)
Security Level Inmate: LOW
Security Level Facl..: LOW
Responsible Facility.: MIL
Start Incarceration..: 01/17/2025

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 13
General Score: -12, Violent Score: -4
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| DRG | ED COMP | 09/16/2025 14:27 | |
| EDC | IS GC ONS | 07/21/2025 10:00 | 07/21/2025 10:00 |
| EDC | IS GC SOE | 07/21/2025 10:00 | 07/21/2025 10:00 |
| EDC | IS GC SYB | 07/21/2025 10:00 | 07/21/2025 10:00 |
| EDC | IS GC AOS | 08/05/2025 10:27 | 08/05/2025 10:27 |
| EDC | IS GC UI | 08/05/2025 10:27 | 08/05/2025 10:27 |
| EDC | IS GC ARGU | 08/05/2025 10:28 | 08/05/2025 10:28 |
| EDC | IS GC MHB | 08/05/2025 10:28 | 08/05/2025 10:28 |
| EDC | IS GC SSS | 08/05/2025 10:28 | 08/05/2025 10:28 |
| EDC | IS GC TAB | 08/05/2025 10:28 | 08/05/2025 10:28 |
| EDC | IS GC FOP | 08/11/2025 13:30 | 08/11/2025 13:30 |
| EDC | IS GC EH | 08/11/2025 13:31 | 08/11/2025 13:31 |
| EDC | IS GC RLAC | 08/11/2025 13:31 | 08/11/2025 13:31 |

---

Item: Work Programs, Value: 1
General Score: -1, Violent Score: -1
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| EDC | SERVSAFE | 09/25/2025 14:32 | 09/25/2025 14:32 |

```
  MILBU         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-03-2025
PAGE 001 OF                                                         12:17:13
     FUNCTION: L-P SCOPE: REG   EQ 18303-041     OUTPUT FORMAT: SAN
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM __________ THRU __________ DT STS: FROM __________ THRU __________
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: ______ ______ ______ ______ ______ ______ ______ ______ ______ ______
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _            RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____       ____       ____       ____       ____       ____
TRACK:  DEPT: __________ __________ __________ __________ __________ __________
      PERSON: ___        ___        ___        ___        ___        ___
        TYPE: ___        ___        ___        ___        ___        ___
EVNT FACL: EQ ____       ____       ____       ____       ____       ____
RCV FACL.: EQ ____       ____       ____       ____       ____       ____
RCV UN/LC: EQ __________ __________ __________ __________ __________ __________
RCV QTR..: EQ __________ __________ __________ __________ __________ __________
ORIG FACL: EQ ____       ____       ____       ____       ____       ____
ORG UN/LC: EQ __________ __________ __________ __________ __________ __________
ORIG QTR.: EQ __________ __________ __________ __________ __________ __________
```

G0002        MORE PAGES TO FOLLOW . . .

| REMEDY-ID | SUBJ1/SUBJ2 RCV-OFC | ABSTRACT RCV-FACL | DATE-RCV | STATUS | STATUS-DATE |
|---|---|---|---|---|---|
| 931593-F1 | 30AM/ | CREDIT FOR TIME SPENT IN JAIL | | | |
| | MCR | MCR | 02-15-2018 | REJ | 02-22-2018 |
| 931593-F2 | 30AM/ | CREDIT FOR TIME SPENT IN JAIL | | | |
| | MCR | MCR | 03-12-2018 | CLD | 03-23-2018 |
| 1246942-R1 | 10ZM/ | TRANSFER REQUEST | | | |
| | NCR | MIL | 07-11-2025 | REJ | 07-11-2025 |

3 REMEDY SUBMISSION(S) SELECTED
G0000 TRANSACTION SUCCESSFULLY COMPLETED