United States District Court
Eastern District of Michigan
Southern Division

Marquis Woods

Petitioner-Appellee, District Court No. 25-cv-12832

v. Hon. Linda V. Parker

Eric Rardin,

Respondent-Appellant.

---

## Notice of Appeal

---

Notice is hereby given that the Respondent, Eric Rardin, appeals to the United States Court of Appeals for the Sixth Circuit from the order entered in this action on June 11, 2026.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

*/s/ Benjamin C. Coats*
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9734
Benjamin.Coats@usdoj.gov

Dated: August 6, 2026